# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00401-CR

**Andrew Lee Colburn, II, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY, NO. CR-15-0319, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Andrew Lee Colburn, II seeks to appeal a judgment of conviction for computer security breach. *See* Tex. Penal Code § 33.02. The trial court has certified that (1) this is a plea-bargain case and Colburn has no right of appeal, and (2) Colburn has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (b).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Jurisdiction

Filed: June 26, 2018

Do Not Publish